# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2011

141824

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 141824
COA: 286985
Branch CC: 07-028710-FC

ANA MARIE SANDOVAL-CERON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 3, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2011

0112

_____
Clerk